ACCEPTED
12-14-00357-CV
TWELFTH COURT OF APPEALS
TYLER, TEXAS
5/1/2015 1:45:03 PM
CATHY LUSK
CLERK

**No. 12-14-00357-CV**

---

## In The Court of Appeals
## For the Twelfth District of Texas
## Tyler, Texas

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
5/1/2015 1:45:03 PM
CATHY S. LUSK
Clerk

---

PINECREST SNF, LLC D/B/A PINECREST
NURSING & REHABILITATION CENTER,
*Appellant,*

v.

TASCO BAILEY, NATHAN BAILEY, CURLIE BAILEY, ROY BAILEY,
BILL BAILEY, JAMES BAILEY, EARL BAILEY, MARY DUNLAP,
AND LUCILLE MARTIN, AS HEIRS OF ARCHIE BAILEY,
*Appellees.*

---

On Appeal from the 114th Judicial District Court of Smith County, Texas
The Honorable Christi Kennedy, Presiding Judge
(Trial Cause No. 14-0856-B)

---

### NOTICE OF CHANGE OF FIRM AFFILIATION

---

The undersigned attorneys file this Notice of Change of Firm Affiliation and requests that

the Court's docket in the above-styled cause be updated accordingly.

My new Firm name, address, phone number and email are as follows:

Firm Name:      **BROWN WHARTON & BROTHERS**

Street:      **JP Morgan Chase Bank Building, 712 Main St., Ste. 800**

City, State Zip:      **Houston, Texas 77002**

Telephone:      **713-428-2595**

Facsimile:      **832-767-1783**

Email:      **firm@medmalfirm.com**

- 1 -

Respectfully submitted,

**BROWN WHARTON & BROTHERS**

Robert M. Wharton
Texas Bar No: 24079562
Mary E. Green
Texas Bar No: 24087623
Andrea Zarikian
Texas Bar No: 24093411
JP Morgan Chase Bank Building
712 Main Street, Suite 800
Houston, Texas 77002
Telephone:  713-428-2595
Facsimile:  832-767-1783
Email: firm@medmalfirm.com
ATTORNEYS FOR APPELLEES

## CERTIFICATE OF SERVICE

I hereby certify that on this 1st day of May 2015, a true and correct copy of the foregoing instrument was electronically filed and served on the following:

Nichol L. Bunn                          *Via Facsimile: (214) 722-7111; 972-638-8664*
Stephanie F. Erhart
Amber Pickett
Lewis, Brisbois, Bisgaard & Smith, LLP
2100 Ross Avenue, Suite 2000
Dallas, Texas 75201
Telephone: (214) 722-7100

Robert Wharton